UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yulin Li, an individual;<br><br>Plaintiff,<br>v.<br><br>United States Citizenship and Immigration Services ("USCIS"), et al.<br><br>Defendants. | **Case No: 5:21-cv-01259-AB-SHK**<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Honorable Andre Birotte Jr.<br>United States District Judge |

In light of the Court's December 2, 2021 Order (ECF 17):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice for lack of jurisdiction and JUDGMENT is entered in favor of Defendants on all causes of action, and against Plaintiffs.

Each side will bear its own costs, fees, and expenses.

Dated: December 13, 2021

_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1